**HOWARD & HOWARD ATTORNEYS PLLC**
Robert L. Rosenthal, Esq.
State Bar No. 6476
Robert W. Hernquist, Esq.
State Bar No. 10616
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: rlr@h2law.com
rwh@h2law.com

*Attorneys for Bulwark Exterminating, LLC*

# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| PAYNE KEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BULWARK EXTERMINATING, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01929-JCM-DJA<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed on August 27, 2019 |

Plaintiff Payne Kee, by and through his counsel, Steven H. Burke, and Defendant Bulwark Exterminating, LLC, by and through its counsel, Robert Rosenthal of the law firm Howard & Howard Attorneys PLLC, file this Joint Stipulation to Extend the Time for Defendant to File a Responsive Pleading to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

1

Defendant was served with Plaintiff's summons and Complaint on October 16, 2019. Therefore, Defendant's responsive pleading is currently due on or before November 7, 2019.

Due to the fact that Plaintiff's attorney is considering whether to file a First Amended Complaint and Defendant's counsel will be out of the country from November 2, 2019 to November 15, 2019, the parties hereby stipulate that Defendant shall have until December 2, 2019 to file a responsive pleading to Plaintiff's Complaint.

| | |
|---|---|
| LAW OFFICE OF STEVEN H. BURKE, LLC | HOWARD & HOWARD ATTORNEYS PLLC |
| /s/ Steven H. Burke | /s/ Robert L. Rosenthal |
| Steven H. Burke, Esq. | Robert L. Rosenthal, Esq. |
| Nevada Bar No. 14037 | Nevada Bar No. 6476 |
| 9205 W. Russell Road, Suite 240 | 3800 Howard Hughes Parkway, Ste. 1000 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED.

Dated: __November 4__, 2019

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b) and Administrative Order 14-2, the undersigned hereby certifies a true and correct copy of *Joint Stipulation to Extend the Time for Defendant to File a Responsive Pleading to Plaintiff's Complaint* was placed in a sealed envelope, postage prepaid thereon, in the United States Mail on the 1st day of November, 2019 addressed to:

> Steven H. Burke, Esq.
> LAW OFFICE OF STEVEN H. BURKE, LLC
> D.B.A. THE 808FIRM
> 9205 W. Russell Road, Suite 240
> Las Vegas, NV 89148
>
> *Attorney for Plaintiff*

*s/s Robert Rosenthal*
An Employee of Howard & Howard Attorneys PLLC