# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PAYNE KEE,<br><br>    Plaintiff,<br><br>vs.<br><br>BULWARK EXTERMINATING, LLC,<br><br>    Defendant. | 2:19-cv-01929-JCM-DJA<br>**ORDER** |

Before the court is the Notice of Settlement (ECF NO. 11).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for December 12, 2019, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before January 21, 2020.

DATED this 4th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE